# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DIANE FLORIAN, | : | No. 138 WM 2018 |
| Petitioner | : | |
| v. | : | |
| CIVIL SERVICE COMMISSION (DEPT. OF MILITARY & VETERANS AFFAIRS), | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.